UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. ACTION. No. 07-30026 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JAMAAL J. BONNETT | MAG. JUDGE KAREN L. HAYES |

## RULING

Defendant Jamaal J. Bonnett is charged with possession with intent to distribute crack cocaine. The charges stem from the execution of a search warrant on July 18, 2007, at 517 Collins Avenue, Bastrop, Louisiana. Pending before the Court is a Motion to Suppress [Doc. No. 16] filed by Defendant.

On November 20, 2007, Magistrate Judge Karen L. Hayes held an evidentiary hearing. Following the hearing, the Magistrate Judge issued a Report and Recommendation [Doc. No. 27], recommending that the Motion to Suppress be denied.

Defendant filed objections to the Report and Recommendation [Doc. No. 28], and the Government filed a memorandum in response [Doc. No. 29].

The Court has reviewed the entire record in this matter, including the objections of Defendant, the responses of the Government, and the transcript of the hearing . The Court agrees with and ADOPTS the Magistrate Judge's analysis and conclusion under applicable law with one limited exception:

Defendant presented the testimony of Malcolm Jenkins ("Jenkins"). Jenkins testified that

the drug dealer in the transaction observed by law enforcement was a man named Ricky Williams, not Defendant. At the time he allegedly observed the drug activities, Jenkins was outside 517 Collins Avenue feeding and watering the dogs of the owner, Defendant's grandmother. He testified that he believed Defendant was at the hospital that day and that no one was at the house at 517 Collins. He also said that he had known the Defendant since they were children because they went to school together.

The Magistrate Judge discredited Jenkins' testimony, in part, on the following basis: " . . . Jenkins was apparently staying at 517 Collins Avenue, and thus had a potential motive to protect any occupants of the house–including himself." [Doc. No. 27, p. 5]. The Court cannot conclude, based on the testimony, that Jenkins was actually residing at 517 Collins Avenue merely because he was feeding and watering the dogs for the owner, and thus DECLINES TO ADOPT this portion of the Report and Recommendation. However, the Court agrees with the Magistrate Judge that, based on the remaining analysis contained in the Report and Recommendation, Defendant's Motion to Suppress is DENIED.

MONROE, LOUISIANA, this 29th day of January.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. ACTION. No. 07-30026 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JAMAAL J. BONNETT | MAG. JUDGE KAREN L. HAYES |

### ORDER

Having considered the Report and Recommendation of the Magistrate Judge [Doc. No. 27], together with the written objections and responses thereto filed with this Court, and, after a de novo review of the record, the Court ADOPTS the Magistrate Judge's Report and Recommendation, except as provided in this Court's Ruling, and, therefore,

IT IS HEREBY ORDERED that Defendant Jamaal J. Bonnett's Motion to Suppress [Doc. No. 16] is DENIED.

MONROE, LOUISIANA, this 29th day of January, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE